# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TSUDIS CHOCOLATE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07cv1574 |
| v. | ) | |
| | ) | |
| FGH CONSULTING USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

AND NOW, this 26th day of September, 2008, the Court has been advised that defendant, FGH Consulting USA, Inc., has filed a voluntary petition for Chapter 11 bankruptcy at Case No. 08-24064-BKC-PGH in the United States Bankruptcy Court for the Southern District of Florida. In accordance with 11 U.S.C. § 362 of the Bankruptcy Code all further proceedings against the Defendant are hereby **STAYED.** It is further **ORDERED** that the Clerk of Court shall mark this action administratively closed.

Nothing contained in this order shall be considered a dismissal or ultimate disposition of this matter as to defendant FGH Consulting USA, Inc., and after said stay is no longer in effect, should further proceedings become necessary or desirable, any party may initiate same as if this Order had not been entered.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Brian T. Must, Esquire
Metz Lewis
Email: bmust@metzlewis.com

Kenneth S. Kornacki, Esquire
Metz Lewis
Email: kkornacki@metzlewis.com

Benjamin E. Olive, Esquire
Olive & Associates
Email: ben@olive-law.com